UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH § <br> OF UNCLE BOB'S SELF STORAGE § <br> LOCATED AT 9951 HARWIN DRIVE § <br> HOUSTON, TEXAS 77036 § <br> § | MAGISTRATE NO. H-06-484M |

## MOTION TO UNSEAL

The United States, through its undersigned attorney, respectfully requests the Court to enter an order directing the Clerk of the Court to unseal the "Application to Seal", "Order to Seal", "Application and Affidavit for Search Warrant" and "Search Warrant" in the above-referenced case.

As reason therefore, the United States submits that the facts and circumstances outlined in the Government's Sealed Application are no longer justified.

WHEREFORE, Premises Considered, the United States respectfully requests the Court to unseal the above-referenced documents.

Respectfully submitted,

United States Attorney
DONALD J. DeGABRIELLE, JR.

By:   /s/
        Samuel J. Louis
        Assistant United States Attorney
        713 567-9737

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH | § | |
| OF UNCLE BOB'S SELF STORAGE | § | |
| LOCATED AT 9951 HARWIN DRIVE | § | MAGISTRATE NO.  H-06-484M |
| HOUSTON, TEXAS 77036 | § | |

## ORDER TO UNSEAL

The Government's Motion to Unseal the above-referenced "Sealed Application",  "Sealed Order", "Application and Affidavit for Search Warrant" and "Search Warrant"  is hereby GRANTED.

SIGNED at Houston, Texas on this the ____ day of _____, 2006.

_____/s/_____
UNITED STATES MAGISTRATE JUDGE